WILLIAM P. JENKS and Others, Copartners Doing Business as JENKS, GWYNNE & COMPANY, Appellants, v. CLINTON BURNS and CATHERINE MARY BURNS, His Wife, Respondents. (Action No. 1.) CLINTON BURNS, Respondent, Appellant, v. WILLIAM P. JENKS and Others, Copartners Doing Business as JENKS, GWYNNE & COMPANY, Appellants, Respondents. (Action No. 2.) — Order granting con-

solidation of actions and denying motion to refer the issues in the consolidated actions affirmed, without costs. We do not hold that plaintiff in action No. 2 may not have a trial by jury of the issue therein involved even though his complaint by the consolidation order is now presented in the form of a counterclaim. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.